# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**IDEAL INSTRUMENTS, INC.**
a Michigan corporation,

    Plaintiff,

                          Case No. 5:05-cv-160-RHB

                          HON. ROBERT HOLMES BELL
**RIVARD INSTRUMENTS, INC.**        CHIEF JUDGE
a foreign corporation,

    Defendant.

                          /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F. R. CIV. P 41(a)(1)(i)

NOW COMES Plaintiff, Ideal Instruments, Inc., a Michigan Corporation, by and through its undersigned attorneys, Fraser Trebilcock Davis & Dunlap, P.C., and pursuant to F. R. Civ. P. 41(a)(1)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice.

                        *Respectfully submitted*,

                        FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
                        Attorneys for Plaintiff Ideal Instruments, Inc.

January 3, 2006        By: _____s/  Mark R. Fox_____
                        Mark R. Fox
                        Toni L. Harris
                        124 West Allegan Street – Suite 1000
                        Lansing, Michigan 48933
                        (517) 482-5800 –  Telephone
                        (517) 482-0887 – Facsimile
                        mfox@fraserlawfirm.com
                        tharris@draserlawfirm.com

FRASER
TREBILCOCK
DAVIS &
DUNLAP,
P.C.
LAWYERS
LANSING,
MICHIGAN
48933